### THE ANNIE W.

(Circuit Court of Appeals, Second Circuit.    February 4, 1924.)

No. 220.

Appeal from the District Court of the United States for the Southern District of New York.

Suit in admiralty by John G. Mulligan against the steam tug Annie W.; the Cahill Towing Line, Inc., claimant.    Decree for libelant (297 Fed. 633), and claimant appeals.    Affirmed.

Foley & Martin, of New York City (William J. Martin and George V. A. McCloskey, both of New York City, of counsel), for appellant.

Macklin, Brown & Van Wyck, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM.    Decree (297 Fed. 633) affirmed, with costs.